No. 97–130. BANDERAS, AKA BANDERAS ORTHOPAEDIC CLINIC, ET AL. *v.* DOMAN, *ante*, p. 864. Motion of petitioners for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 97–5998. BOTTONE *v.* UNITED STATES, *ante*, p. 938. Motion for leave to file petition for rehearing denied.

JANUARY 15, 1998

No. A–511 (97–7521). GOSCH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.

JANUARY 16, 1998

No. 97–461. WISCONSIN DEPARTMENT OF CORRECTIONS ET AL. *v.* SCHACHT. C. A. 7th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 27, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 27, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 13, 1998. This Court's Rule 29.2 does not apply.